No. 90–6797.   THOMPSON v. MISSISSIPPI.   C. A. 5th Cir.   Certiorari denied.

No. 90–6801.   ARIGBEDE v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–6805.   AMSLER v. SMITH-LUSTIG PAPER BOX MFG. CO. ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 90–6809.   OTERO v. UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 90–6810.   KENNEDY v. COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir.   Certiorari denied.

No. 90–6823.   FRASICA-VALENCIA v. UNITED STATES.   C. A. 11th Cir.   Certiorari denied.

No. 90–6827.   NABOYEN v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–6831.   WILLIAMS v. UNITED STATES.   C. A. 4th Cir. Certiorari denied.

No. 90–6843.   RAY v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–6845.   SPAULDING v. UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 90–6846.   CASTELLANOS v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 90–6851.   PRITCHETT v. UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 90–6853.   DAVIS v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–6854.   SANCHEZ-MELCHOR v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 90–6856.   GARCIA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 90–6858.   CASTANEDA v. HENMAN, WARDEN.   C. A. 7th Cir.   Certiorari denied.